**Motion Denied; Appeal Dismissed and Memorandum Opinion filed August 10, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00244-CV

---

## IN THE INTEREST OF C.B.B., A CHILD

---

**On Appeal from the 461st District Court
Brazoria County, Texas
Trial Court Cause No. 84473-F**

---

## MEMORANDUM OPINION

This is an attempted appeal from the denial of a motion to modify a temporary order pursuant to Family Code section 156.006. *See* Tex. Fam. Code Ann. § 156.006. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Temporary orders, rendered while a motion to modify in a suit affecting the

parent-child relationship is pending, are interlocutory and there is no statutory provision for appeal of these orders. *In re Ostrofsky*, 112 S.W.3d 925, 928 (Tex. App.—Houston [14th Dist.] 2003, no pet.).

On July 6, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 16, 2021. *See* Tex. R. App. P. 42.3(a). In response, appellant filed a motion to abate this appeal until final orders are rendered. The motion is denied and we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.

2